1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

DEC - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHVA DEV, MD, INC., a California corporation, | CASE NO.: 2:14-cv-08159-JAK-Ex |
| Plaintiff, | [~~PROPOSED~~] [MODIFIED] STIPULATED PROTECTIVE ORDER |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, a California corporation, and DOES 1 through 10, inclusive, | DISCOVERY MATTER<br><br>Judge John A. Kronstadt<br>Magistrate: Charles F. Eich |
| Defendants. | |

This Court, having considered the stipulation of Aetna Life Insurance Company ("Aetna") and Plaintiff Vishva Dev, MD, Inc. for a modified protective order and good cause appearing therefore,

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/8/14

Charles F. Eick
United States Magistrate Judge