**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VISHVA DEV, MD, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-08159-JAK-Ex<br><br>Honorable John A. Kronstadt<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>**JS-6** |

Having considered the stipulation of Plaintiff Vishva Dev, M.D., Inc. ("Plaintiff") and Defendant Aetna Life Insurance Company ("Defendant") requesting dismissal of the entire action with prejudice and good cause appearing therefore,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice.

/ / /

1

1    IT IS FURTHER ORDERED that each party shall bear its own attorneys'
2 fees and costs in this matter.
3    IT IS SO ORDERED.

4
5 Date: December 22, 2015

_____
Honorable John A. Kronstadt
United States District Judge

1099950/26081715v.1